UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GINO PAUL VALDIVIA,

          Plaintiff,

   v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

          Defendant.

Case No. C20-1429-RSM-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

In order to allow time for objections to the Report and Recommendation issued on this date, the Court herein STRIKES the trial date and all other deadlines set forth in the December 17, 2020, scheduling order, Dkt. 15. The Court will, as needed, promptly reset the trial date and other deadlines following resolution of Defendant's Motion for Summary Judgment.

Dated this 15th day of October, 2021.

                                            Ravi Subramanian
                                            Clerk of Court

                                          By: Kadya Peter
                                              Deputy Clerk

MINUTE ORDER - 1