UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GINO PAUL VALDIVIA,

        Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

        Defendant.

Case No. C20-1429-RSM-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Court GRANTS in part and DENIES in part Defendant's Motion to Strike, Dkt. 33, and GRANTS Defendant's Motion for Summary judgment, Dkt. 26.

    (3)    This matter is DISMISSED with prejudice.

    (4)    The Clerk is directed to send copies of this Order to the parties and to Judge

    / / /

Vaughan.

DATED this 9th day of November, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2